**Rita Nadine RUBENDALL,**
**Plaintiff—Appellant,**

v.

**Tommy G. THOMPSON, Secretary,**
**Department of Health and Human**
**Services, Defendant—Appellee.**

**No. 05–2023.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 3, 2006.

Decided: Feb. 16, 2006.

Rita Nadine Rubendall, Appellant Pro
Se. Neil Ray White, Office of the United
States Attorney, Baltimore, Maryland, for
Appellee.

Before WILKINSON, NIEMEYER,
and SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Rita Nadine Rubendall appeals the dis-
trict court's order granting summary judg-
ment in favor of her employer in her civil
action alleging claims of employment dis-
crimination under Title VII of the Civil
Rights Act of 1964. We have reviewed the
record and find no reversible error. Ac-
cordingly, we affirm on the reasoning of
the district court. *See Rubendall v.*

*Thompson,* No. CA–04–2554–8–PJM
(D.Md. Aug. 11, 2005). We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED*